In the Matter of ERNEST H. NOHN et al., as Executors of EMIL E. GABLER, Deceased, Respondents; ELLA M. GABLER, Appellant and Respondent; NORINE V. DEGNEN et al., Appellants and Respondents.

(Submitted December 9, 1932; decided January 10, 1933.)

*Raymond E. Aldrich* for Norine V. Degnen, appellant and respondent.

*D. Theodore Kelly* and *F. Ferris Hewitt* for General Hospital of Saranac Lake, appellant and respondent.

*George K. Jack* for Ella M. Gabler, appellant and respondent.

*William Lesser* and *Hilbert I. Trachman* for respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.